MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001

Attorneys for Defendant
GOLDMAN SACHS BANK USA

ISABELLE L. ORD (SBN 198224)
isabelle.ord@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
APPLE INC.

DINSMORE & SHOLL LLP
Arielle Goren (SBN 331822)
arielle.goren@dinsmore.com
550 S Hope St, Suite 2800
Los Angeles, CA 90071
Tel: 213.596.0010
Fax: 213.335.7740

Attorneys for Defendant
GREEN DOT BANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN AGUILUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GOLDMAN SACHS BANK USA; APPLE INC.; GREEN DOT BANK. AND DOES 1 TO 50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-01161-SPG-BFM<br><br>Assigned to Judge Sherilyn Peace Garnett<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 11, 2025<br>Trial Date: Not Set |

The Parties hereby provide notice that the above-captioned matter has settled. The Parties are in the process of preparing the written settlement agreement. The Parties will file a request for dismissal within the next forty-five (45) days.

Dated: 11/10/2025  **MORGAN, LEWIS & BOCKIUS LLP**

By: ___*/s/ Marcos Sasso*___
Marcos Sasso

Attorneys for Defendant
GOLDMAN SACHS BANK USA

Dated: 11/10/2025  **DLA PIPER LLP**

By: ___*/s/ Isabelle Ord*___
Isabelle Ord

Attorneys for Defendant
APPLE INC.

Dated: 11/10/2025  **DINSMORE & SHOHL LLP**

By: ___*/s/ Arielle Goren*___
Arielle Goren

Attorneys for Defendant
GREEN DOT BANK

Dated: 11/10/2025  **R23 LAW APC**

By: ___*/s/ Peng Shao*___
Peng Shao

Attorneys for Plaintiff
ALLAN AGUILUZ

DB2/ 651255971.1

**ECF SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Peng Shao, Esq., counsel for Plaintiff Allan Aguiluz; Isabelle Ord, counsel for Apple; and Arielle Goren, counsel for Green Dot Bank all concur in the content of this document and have authorized the filing of this document.

Dated: November 10, 2025        */s/ Marcos Sasso*
                                Marcos Sasso

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, a copy of the foregoing **NOTICE OF SETTLEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                       */s/ Marcos Sasso*
                                                                        Marcos D. Sasso

DB2/ 651255971.1