UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01161-SPG-BFM | Date | February 5, 2026 |
| Title | Allan Aguiluz v. Goldman Sachs Bank USA et al. | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER DISMISSING ACTION

On January 27, 2026, Plaintiff Allan Aguiluz ("Plaintiff") filed a document entitled "Joint Stipulation of Dismissal With Prejudice as to Defendant Goldman Sachs Bank USA; Apple Inc.; Green Dot Bank." *See* (ECF No. 25 ("Stipulation")). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' written consent to dismissal is effective to close the case. (JS-6). Therefore, the Court STRIKES the proposed order filed with the Stipulation, (ECF No. 25-1), as moot and vacates all case deadlines.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg